IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICARDO S. ROSALES, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-06-1258-C |
| | ) | |
| ERIC FRANKLIN, Warden, | ) | |
| | ) | |
| Respondent | ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on December 13, 2006. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and grounds two, three, and four of the petition for writ of habeas corpus are dismissed. The matter is again committed to the Magistrate Judge consistent with the initial Order of Referral.

IT IS SO ORDERED this 30th day of January, 2007.

ROBIN J. CAUTHRON
United States District Judge